**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SAVAS KARABULUT, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 26-5199 |
| | : | |
| J.L. JAMISON, *et al.*, | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this 5th day of August, 2026, upon consideration of Petitioner's Emergency Motion for Release (Doc. No. 6), it is hereby **ORDERED** that the Government **SHALL respond** to the Motion (Doc. No. 6) **on or before** noon on **Friday, August 7, 2026**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.